No. 99–10245. DRUMMOND, AKA YOUNG v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 99–10246. DENNIS v. CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 99–10247. BAEZ v. HALL, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 99–10248. COOK v. FAULKNER. C. A. 5th Cir. Certiorari denied. 

No. 99–10252. HALL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–10253. HOKOM v. GOODMAN. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–10254. HARDY v. ATTORNEY GENERAL OF ALABAMA ET AL. C. A. 11th Cir. Certiorari denied. 

No. 99–10255. GINES v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–10256. EUBANKS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Ct. Crim. App. Tex. Certiorari denied.

No. 99–10257. LEWIS v. BOONE, WARDEN. C. A. 10th Cir. Certiorari denied. 

No. 99–10258. PRESCOTT v. GUNJA, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 99–10259. SMILEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–10260. LAURIA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 99–10261. AGUIRRE v. KUHLMANN, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.